IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


COREY LOVETTE LITTLE, JR.,         )
                                   )
          Petitioner,              )
                                   )          1:18CV138
     v.                            )          1:16CR209-2
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Respondent.              )


**ORDER**


On January 30, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 126, 127.) Petitioner timely filed objections to the Recommendation. (Doc. 128.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Grounds One through Three and Ground Five of Petitioner's amended motion to vacate, set aside, or correct sentence, (Doc. 63), are **DENIED.**

**IT IS FURTHER ORDERED** that an evidentiary hearing as to Ground Four of Petitioner's amended motion to vacate, set aside,

or correct sentence, (Doc. 63), is scheduled as set out in the

Notice of Rescheduling, (Doc. 129).

This the 6th day of May, 2020.

_____
United States District Judge